# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Honorable Wally Scott,                    :
Mayor of the City of Reading                  :
                                              :
          v.                                  :          No. 1307 C.D. 2020
                                              :
City of Reading Charter Board,                :
                    Appellant                 :


**PER CURIAM**                    **O R D E R**


      NOW, December 6, 2021, having considered Appellee's application for

reargument and Appellant's answer in response thereto, the application is denied.